# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FRANK MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 09-cv-161-DRH |
| | ) | |
| BETSY SPILLER | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On April 3, 2009, the Court ordered Plaintiff to file a certified copy of his prison trust fund account statement within **THIRTY (30) DAYS** (Doc. 6). Almost twice that time has elapsed, but Plaintiff has failed to respond to the Court's order in any way.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:   June 1, 2009.**

/s/     DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**